LAW OFFICES OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007
(212) 227-2780

DAVID JAROSLAWICZ
  (NY, FL & CA BARS)
ABRAHAM JAROS

ELIZABETH EILENDER
OF COUNSEL
(NY, NJ & CT BARS)
EEilender@lawjaros.com

September 15, 2014

*Via ECF and e-mail:* Schofield_NYSDChambers@nysd.uscourts.gov

Honorable Lorna G. Schofield
United States District Court
40 Foley Square
New York, New York 10007

    RE:    ZINZ V. EMPIRE CITY SUBWAY COMPANY (LIMITED)
             Docket no.1:13-cv-04415 (LGS)

Dear Judge Schofield:

We represent the plaintiff in the above matter and are writing to respectfully request permission to file a Memorandum of Law in Opposition in excess of the Court's twenty-five (25) page limit.

As the docket sheet reflects, defendants The City of New York, Empire City Subway and Consolidated Edison have all moved for summary judgment.

Plaintiff is consolidating his opposition into a single Memorandum of Law in Opposition to all three motions.

Plaintiff respectfully requests that he be permitted ten (10) additional pages for his Memorandum of Law in Opposition to the three summary judgment motions.

Respectfully submitted,

*Elizabeth Eilender*

Elizabeth Eilender
Counsel for Plaintiff
EEilender@lawjaros.com

    cc: *Via e-mail and ECF*

**Jaroslawicz & Jaros, LLC**  September 15, 2014
Page 2 of 2

Conway, Farrell, Curtin & Kelly, P.C.
Attorneys for defendant Empire City Subway Company (Limited)
48 Wall Street, 20th Floor
New York, New York 10005
Att: Darrell John, Esq. *djohn@conwayfarrell.com*

Zachary Carter
Corporation Counsel
Attorney for Defendant The City of New York
100 Church Street
New York, New York 10007
Att: Bradley Michael Wanner *bwanner@law.nyc.gov*

Law Offices of David M. Santoro
Attorney for Defendant Consolidated Edison Company
4 Irving Place
New York, New York 10003
Att: Alexander Aviles *AVILESA@coned.com*